■ JAMES P. CORCORAN, Superintendent of Insurance of the State of New York, as Liquidator of AMERICAN FIDELITY FIRE INSURANCE COMPANY and Another, Plaintiff-Respondent, v STEPHEN WEICHOLZ & Co., INC., et al., Appellants. [637 NYS2d 928] —Order, Supreme Court, New York County (Herman Cahn, J.), entered February 2, 1994, unanimously affirmed for the reasons stated by Cahn, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Rubin, Kupferman, Nardelli and Tom, JJ.

■ In the Matter of FROST EQUITIES Co., Appellant, v FROST OWNERS CORP. et al., Respondents. [637 NYS2d 929] —Order and judgment (one paper), Supreme Court, New York County (Leland DeGrasse, J.), entered November 2, 1994, unanimously affirmed for the reasons stated by DeGrasse, J., without costs and disbursements. Motion seeking to strike portions of respondents' brief denied. No opinion. Concur—Rosenberger, J. P., Rubin, Kupferman, Nardelli and Tom, JJ.